NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3188

KAREN L. MONTGOMERY,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Petition for review of the Merit Systems Protection Board in DA1221080179-W-1.

ON MOTION

## O R D E R

Upon consideration of the unopposed motion to reform the official caption to designate the Merit Systems Protection Board as respondent,

IT IS ORDERED THAT:

(1)     The motion is granted.  The revised official caption is reflected above.

(2)     The Board should calculate its brief due date from the date of filing of this order.

FOR THE COURT

**DEC 1 8 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Barbara M. Rizzo
        L. Misha Preheim, Esq.
        Calvin Morrow, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 8 2009

JAN HORBALY
CLERK